IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:04CV66-V

| | |
|---|---|
| BRENDA H. CARLYLE,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) **Memorandum & Opinion**<br>) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>Defendant.<br>_____ | )<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the parties' cross motions for summary judgment. (Documents #7-#10) Pursuant to 28 U.S.C. §636(b)(1)(B), Chief United States Magistrate Judge Carl Horn was designated to consider and recommend disposition in the aforesaid motion. In an opinion filed November 18, 2004, Magistrate Judge Horn recommended that the claimant's motion for summary judgment be denied; that Defendant's motion for summary judgment be granted; and the Commissioner's determination be affirmed. (Document #11) (M & R at 15.) The time for filing objections has since passed, 28 U.S.C. § 636(b)(1)(c), and no objections have been filed by either party in this matter.

After a careful review of the Magistrate Judge's Memorandum & Recommendation, the Court finds that his findings of fact are supported by the record and his conclusions of law are consistent with and well supported by current case law. See Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (holding that only a careful review is required in considering a memorandum and recommendation absent specific objections.) Accordingly, the Court hereby accepts the Memorandum & Recommendation of the Magistrate Judge and adopts

1

it as the final decision of this Court for all purposes relating to this case.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Summary Judgment is hereby **DENIED**; Defendant's Motion for Summary Judgment is hereby **GRANTED**; and the Commissioner's denial of benefits hereby **AFFIRMED**.

**Signed: June 27, 2005**

Richard L. Voorhees
United States District Judge