# United States District Court
# For The Western District of North Carolina
# Statesville Division

**FILED**
CHARLOTTE, N. C.
JUN 27 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

BRENDA H. CARLYLE,

    Plaintiff(s),

vs.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:04CV66

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2005, Order.

June 27, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*

Carolyn Bouchard, Deputy Clerk